# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5210
_____

ANDRES PEREZ,

   Appellant,

v.

AMERICAN AIRLINES SEDGWICK
CMS,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Walter J. Havers, Judge.

Date of Accident: June 8, 2011.

August 16, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.